FILED
CLERK, U.S. DISTRICT COURT

4/1/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ asi _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MEZA,<br><br>Defendant. | CR 2:25-cr-00232-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. § 853: Forfeiture] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about June 14, 2023, in Ventura County, within the Central District of California, defendant ANTHONY MEZA knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of M.K.

1                      FORFEITURE ALLEGATION

2                         [21 U.S.C. § 853]

3        1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of America

5    will seek forfeiture as part of any sentence, pursuant to Title 21,

6    United States Code, Section 853, in the event of the defendant's

7    conviction of the offense set forth in this Indictment.

8        2.   The defendant, if so convicted, shall forfeit to the United

9    States of America the following:

10            (a) All right, title and interest in any and all property,

11   real or personal, constituting or derived from, any proceeds which

12   the defendant obtained, directly or indirectly, from such offense;

13            (b) All right, title and interest in any and all property,

14   real or personal, used, or intended to be used, in any manner or

15   part, to commit, or to facilitate the commission of such offense; and

16            (c) To the extent such property is not available for

17   forfeiture, a sum of money equal to the total value of the property

18   described in subparagraphs (a) and (b).

19       3.   Pursuant to Title 21, United States Code, Section 853(p),

20   the defendant, if so convicted, shall forfeit substitute property if,

21   by any act or omission of the defendant, the property described in

22   the preceding paragraph, or any portion thereof: (a) cannot be

23   located upon the exercise of due diligence; (b) has been transferred,

24   sold to, or deposited with a third party; (c) has been placed beyond

25   //

26   //

27

28

                                    2

1  The jurisdiction of the court; (d) has been substantially diminished

2  in value; or (e) has been commingled with other property that cannot

3  be divided without difficulty.

4                                          A TRUE BILL

5

6                                          /S/

                                           Foreperson

7

8  JOSEPH T. MCNALLY
   Acting United States Attorney

9  LINDSEY GREER DOTSON
   Assistant United States Attorney
10 Chief, Criminal Division

11

12

13 FRANCES S. LEWIS
   Assistant United States Attorney
   Chief, General Crimes Section
14

15 SHAWN T. ANDREWS
   Assistant United States Attorney
   Deputy Chief, General Crimes
16 Section

17
   ALEXANDRA M. MICHAEL
18 Assistant United States Attorney
   Major Frauds Section

19

20

21

22

23

24

25

26

27

28

                              3