# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MEZA,<br><br>Defendant. | Case No. 2:25-mj-00232<br><br>ORDER OF DETENTION |

On April 29, 2025, Defendant Anthony Meza made his initial appearance on a criminal complaint pending in this District. DFPD Adam Olin was appointed to represented Mr. Meza. After a detention hearing, the Court ordered Mr. Meza detained. The Court hereby makes the following findings:

1  ☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case
2  allegedly involving a narcotics or controlled substance offense with maximum
3  sentence of ten or more years.

4  ☒ On motion by the Government or on the Court's own motion [18 U.S.C.
5  § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

6  The Court concludes that the Government is entitled to a rebuttable
7  presumption that no condition or combination of conditions will reasonably assure
8  the defendant's appearance as required and the safety or any person or the
9  community [18 U.S.C. § 3142(e)(2)].

10  The Court finds that no condition or combination of conditions will
11  reasonably assure: ☒ the appearance of the defendant as required.
12  ☐ the safety of any person or the community.

13  The Court has considered: (a) the nature and circumstances of the offense(s)
14  charged, including whether the offense is a crime of violence, a Federal crime of
15  terrorism, or involves a minor victim or a controlled substance, firearm, explosive,
16  or destructive device; (b) the weight of evidence against the defendant; (c) the history
17  and characteristics of the defendant; and (d) the nature and seriousness of the danger
18  to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered
19  the report and recommendation of the U.S. Pretrial Services Agency.

20  The Court bases its conclusions on the following:

21  Mr. Meza is not currently in stable housing. He first reported that he
22  lived with his mother; he then reported he was living in a car in the front
23  yard of his mother's house. His mother indicated he was living "in the
24  streets or with friends." The agents in the case indicated Mr. Meza was
25  living in hotel rooms. At best, Mr. Meza currently lacks stable housing; at
26  worst, he lacks stable housing and was not forthcoming about his situation
27  with Pretrial Services and the Court.

28

Mr. Meza's mother indicated she was unwilling to serve as a surety because she does not "have control of him." While Mr. Meza gave other names as sureties, the Court is concerned about Mr. Meza's mother's assessment of his suitability to follow conditions.

The Pretrial Services report reflects a bench warrant, though it is dated, and more recent charges of "contempt/disobey court order."

All of these persuade the Court that Mr. Meza is a significant risk of flight, and that, based on the information before it, that conditions could not be set that would adequately mitigate the risk of flight. In particular, though the Court credits that a common thread to Mr. Meza's issues appears to be substance abuse, the Court is not persuaded that he would comply with substance-abuse-related conditions, if imposed.

Based on that finding, the Court need not make a separate finding as to risk of danger.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: April 29, 2025

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE